UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | Case No.: 14-cv-08244(ER) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)1(A)(i)** |
| v. | Assigned to: Judge Edgardo Ramos |
| VIRIDIAN INDUSTRIES INC., DIVERSIFIED CARTING, INC., DIVERSIFIED CONSTRUCTION CORP., SUPERIOR SITE WORK, INC., GRANDVIEW CONTRACTING CORP., MICHAEL GEOFFRION, PATRICIA GEOFFRION, TROY CARUSO, and SUSAN CARUSO, | |
| Defendants. | |

-------------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff WESTCHESTER FIRE INSURANCE COMPANY, by its counsel, Gottesman, Wolgel, Flynn, Weinberg & Lee, P.C., hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against all the defendants.

Date: New York, New York
June 18, 2015

_____
RICHARD B. DEMAS
Gottesman, Wolgel, Flynn,
Weinberg, & Lee P.C.
Attorney for Plaintiff,
Westchester Fire Insurance Co.
11 Hanover Square-4th Floor
New York, NY 10005
(212) 495-0100